# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HON LAU, | ) | NO. CV 10-9716 JSL (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| K. HARRINGTON, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: _Jan 3, 2011

*/s/ Spencer Letts/*

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE